

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Alison Lundergan Grimes
Secretary of State

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

April 29, 2019

GENERAL CARPENTER CONTRACTING, LLC
SERVE: BOBBY D. COOK, REG. AGENT
1700 S ROGERS ROAD
LEXINGTON, IN 47138

FROM:    SUMMONS DIVISION
         SECRETARY OF STATE

RE:      CASE NO: 19-CI-00054

COURT:  Circuit Court Clerk
         Gallatin County, Division: 3
         PO Box 256
         Warsaw, KY 41095
         Phone: (859) 567-5241

Legal action has been filed against you in the captioned case.  As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

    **(1) Your attorney, or**
    **(2) The attorney filing this suit whose name should appear on**
        **the last page of the complaint, or**
    **(3) The court or administrative agency in which the suit is filed**
        **at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case.  Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.



**EXHIBIT**

tabbies®

A

WWR #40331620

AOC -105

CASE NO. _19-CI-00054_

COMMONWEALTH OF KENTUCKY
COURT OF JUSTICE

GALLATIN COUNTY
COURT: CIRCUIT

CR 4.02 CR OFFICIAL FORM 1

### CIVIL SUMMONS

WESTFIELD GROUP INSURANCE
c/o AFNI

Plaintiff

GENERAL CARPENTER
CONTRACTING, LLC
SERVE: BOBBY D. COOK, Reg. Agent
1700 S. ROGERS ROAD
LEXINGTON, IN 47138

Defendant

APR 2 9 2019

SERVE BY: SECRETARY OF STATE PURSUANT TO KRS § 454.210

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT/S:

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney in your behalf and filed in the clerk's office within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his (their) attorney(s) are shown on the document delivered to you with this summons.

DATE: _4-25-19_

CLERK _Tammy Trimble_

BY: _D. Ratliff_ D.C.

PROOF OF SERVICE

This summons was served by delivering a true copy of the complaint (or other initiating document/s) to:

_____   _____

_____   _____

This ____ day of _____ _____, _____.   Served by: _____



ATTEST: A TRUE COPY
TAMMY TRIMBLE
GALLATIN CIRCUIT COURT CLERK

WWR #40331620

COMMONWEALTH OF KENTUCKY
GALLATIN CIRCUIT COURT
3rd DIVISION
CASE NO. 19-CI-00054

FILED
APR 2 5 2019
TAMMY TRIMBLE, CLERK
GALLATIN CIRCUIT/DISTRICT COURT

WESTFIELD GROUP INSURANCE
c/o AFNI
P.O. BOX 3068
BLOOMINGTON, IL 61702

           Plaintiff                :

vs.                             :          **COMPLAINT**

GENERAL CARPENTER
CONTRACTING, LLC
SERVE: BOBBY D. COOK, Reg. Agent   :
1700 S. ROGERS ROAD
LEXINGTON, IN 47138

           Defendant             :

Comes Now, Plaintiff, Westfield Group Insurance ("Westfield") through counsel, and for its Complaint against this Defendant, General Carpenter Contracting, LLC ("Defendant"), states as follows:

1.      Westfield is an insurance carrier authorized to issue insurance policies in the Commonwealth of Kentucky.

2.      Upon information and belief, Defendant is a limited liability company, domiciled in Indiana and in "active" status with the Indiana Secretary of State

3.      Westfield provided full insurance coverage to MNANA, Inc. (hereinafter the "Insured"), and this policy provided insurance coverage for property damage to a Dairy Queen Grill & Chill restaurant owned and operated by the Insured and located at 616 E. Main Street, Warsaw, KY 41095 (the "Insured Property").

4.      The Defendant was contracted by the Insured to perform certain contracting work on the roof at the Insured Property.

5.      While working on the roof, the Defendant carelessly, wantonly, recklessly and negligently failed to properly cover and/or "tarp" the exposed roof, which after it rained, caused significant damage to the entire Insured Property. A copy of the Servpro of Madison,

Lawrenceburg & Versailles Report relevant to the aforementioned loss is attached hereto as Exhibit A, and incorporated herein by reference.

6.      The Insured submitted a claim to Westfield for payment of losses sustained as a result of the careless, wanton, reckless and negligent actions described herein, and after accounting for the Insured's deductible, Westfield paid to the Insured or on the Insured's behalf, or to on behalf of the Covered Persons, the total sum of $322,668.63.  True copies of the payment(s) issued by Westfield to or on behalf of the Insured and/or the other Covered Persons are attached hereto as collective Exhibit B, and incorporated herein by reference.

7.      Westfield is subrogated to the rights of the Insured to the extent that Westfield indemnified the Insured.   Further, pursuant to the terms of the aforementioned policy of insurance, Westfield is entitled to recover the Insured's deductible in trust for the Insured.  As a result of the claim set out herein, the Defendant is indebted to Westfield in the amount of $322,668.63, plus interest at the statutory rate.

WHEREFORE, Plaintiff, Westfield, respectfully demands Judgment against Defendant, General Carpenter Contracting, LLC, in the amount of $322,668.63 plus interest from the date of Judgment at the statutory rate until paid in full; for its costs herein incurred; and for any and all other relief to which the Plaintiff may appear entitled.

Respectfully submitted,
WELTMAN, WEINBERG & REIS CO., L.P.A.


James T. Hart (92054)
Jason A. Mosbaugh (90549)
Attorney for Plaintiff
525 Vine Street, Suite 800
Cincinnati OH  45202
(513) 723-2200
(513) 723-2239 Facsimile
jhart@weltman.com
jmosbaugh@weltman.com



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID: 20-0115882

| | | | |
|---|---|---|---|
| Client: | Patel, Jay | Home: | (812) 292-4131 |
| Property: | 616 E. Main St. | | |
| | Warsaw 41095 | | |

Operator:   KS.SERVP

| | | | |
|---|---|---|---|
| Estimator: | Kyle Schmidt | Business: | (812) 574-5744 |
| Company: | SERVPRO OF MADISON LAWRENCEBURG & VERSAILLES | | |

Type of Estimate:   Water Damage
Date Entered:   7/7/2017          Date Assigned:

Price List:   INNA8X_JUL17
Labor Efficiency:   Restoration/Service/Remodel
Estimate:   DAIRYQUEEN_DEMO





**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID: 20-0115882

### DAIRYQUEEN_DEMO
#### Main Level

**Main Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 405.00 | 0.00 | 0.00 | 0.0O | 405.00 |
| 2. Add for personal protective equipment - Heavy duty | 12.00 EA | 0.00 | 18.41 | 15.46 | 0.0O | 236.38 |
| Three (3) techs for four (4) days | | | | | | |
| 3. Respirator cartridge - HEPA only (per pair) | 12.00 EA | 0.00 | 9.12 | 7.66 | 0.0O | 117.10 |
| Three (3) techs for four (4) days | | | | | | |
| 4. Respirator - Full face - multi-purpose resp. (per day) | 12.00 DA | 0.00 | 7.61 | 0.00 | 0.0O | 91.32 |
| Three (3) techs for four (4) days | | | | | | |
| 5. General Laborer - per hour | 24.00 HR | 0.00 | 31.36 | 0.00 | 0.00 | 752.64 |
| Three (3) techs for one (1) day to remove nails/prep all exposed wall studs for repairs | | | | | | |
| Total: Main Level | | | | 23.12 | 0.00 | 1,602.44 |



**Front Area**                                   **Height: 12'**

| | |
|---|---|
| 2,593.63 SF Walls | 1,095.66 SF Ceiling |
| 3,689.29 SF Walls & Ceiling | 1,096.66 SF Floor |
| 121.85 SY Flooring | 213.02 LF Floor Perimeter |
| 220.02 LF Ceil. Perimeter | |

| Missing Wall - Goes to Floor | 3' 6" X 6' 8" | Opens into KITCHEN |
|---|---|---|
| Missing Wall - Goes to Floor | 3' 6" X 6' 8" | Opens into KITCHEN |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 6. Remove Wallpaper | 1,296.82 SF | 0.64 | 0.00 | 0.00 | 0.00 | 829.96 |
| Remove on 50% of walls | | | | | | |
| 7. Remove Suspended ceiling grid - 2' X 4' | 273.91 SF | 0.15 | 0.00 | 0.00 | 0.00 | 41.09 |
| 25% of ceiling | | | | | | |
| 8. Tear out wet drywall, cleanup, bag - Cat 3 | 300.00 SF | 1.09 | 0.00 | 3.99 | 0.00 | 330.99 |
| Exterior Walls not covered by Insurance | | | | | | |
| 9. Remove Vapor barrier - visqueen - 6mil | 300.00 SF | 0.07 | 0.00 | 0.00 | 0.00 | 21.00 |

DAIRYQUEEN_DEMO                                           9/21/2017         Page: 2



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID: 20-0115882

CONTINUED - Front Area

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Behind Removed drywall (Exterior Walls Only) | | | | | | |
| 10. Tear out and bag wet insulation - Category 3 water | 300.00 SF | 0.90 | 0.00 | 1.47 | 0.00 | 271.47 |
| Behind Removed drywall (Exterior Walls Only) | | | | | | |
| 11. Tear out wet drywall, cleanup, bag, per LF - to 2' - Cat 3 | 20.00 LF | 1.03 | 0.00 | 0.53 | 0.00 | 81.13 |
| Interior Walls not covered by Insurance | | | | | | |
| 12. Seal stud wall for odor control (shellac) | 1,945.22 SF | 0.00 | 0.75 | 35.40 | 298.86 | 1,793.18 |
| 75% of walls | | | | | | |
| 13. Mask and prep for paint - paper and tape (per LF) | 1,096.66 LF | 0.00 | 0.53 | 3.07 | 116.86 | 701.16 |
| | | | | | | |
| Totals: Front Area | | | | 44.46 | 415.72 | 4,069.98 |



**Kitchen**                                                             **Height: 12'**

| 1,748.46 SF Walls | 590.12 SF Ceiling |
|---|---|
| 2,338.57 SF Walls & Ceiling | 590.12 SF Floor |
| 65.57 SY Flooring | 142.59 LF Floor Perimeter |
| 149.59 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**    3' 6" X 6' 8"          Opens into FRONT_AREA
**Missing Wall - Goes to Floor**    3' 6" X 6' 8"          Opens into FRONT_AREA

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 14. Remove Suspended ceiling grid - 2' x 4' | 147.53 SF | 0.15 | 0.00 | 0.00 | 0.00 | 22.13 |
| 25% of ceiling | | | | | | |
| 15. Tear out wet drywall, cleanup, bag - Cat 3 | 104.00 SF | 1.09 | 0.00 | 1.38 | 0.00 | 114.74 |
| Exterior Walls not covered by Insurance | | | | | | |
| 16. Tear out and bag wet insulation - Category 3 water | 24.00 SF | 0.90 | 0.00 | 0.12 | 0.00 | 21.72 |
| Exterior Walls only | | | | | | |
| 17. Tear out wet drywall, cleanup, bag, per LF - to 2' - Cat 3 | 20.00 LF | 4.03 | 0.00 | 0.53 | 0.00 | 81.13 |
| Interior Walls not covered by Insurance | | | | | | |
| 18. Seal stud wall for odor control (shellac) | 874.23 SF | 0.00 | 0.75 | 15.91 | 134.32 | 805.90 |



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID: 20-0115882

CONTINUED - Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 50% of walls | | | | | | |
| 19. Mask and prep for paint - paper and tape (per LF) | 590.12 LF | 0.00 | 0.53 | 1.65 | 62.90 | 377.31 |
| Totals: Kitchen | | | | 19.59 | 197.22 | 1,422.93 |

| | | | | | | Office | | | Height: 8' |
|---|---|---|---|

205.33 SF Walls                              39.40 SF Ceiling
244.73 SF Walls & Ceiling                    39.40 SF Floor
4.38 SY Flooring                             25.67 LF Floor Perimeter
25.67 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 20. Seal stud wall for odor control (shellac) | 51.33 SF | 0.00 | 0.75 | 0.93 | 7.88 | 47.31 |
| 25% of walls | | | | | | |
| 21. Mask and prep for paint - paper and tape (per LF) | 39.40 LF | 0.00 | 0.53 | 0.11 | 4.20 | 25.19 |
| Totals: Office | | | | 1.04 | 12.08 | 72.50 |

Men's Bathroom                                                        Height: 8'

266.67 SF Walls                              67.44 SF Ceiling
334.10 SF Walls & Ceiling                    67.44 SF Floor
7.49 SY Flooring                             33.33 LF Floor Perimeter
33.33 LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 22. Seal stud wall for odor control (shellac) | 66.67 SF | 0.00 | 0.75 | 1.21 | 10.24 | 61.45 |
| 25% of walls | | | | | | |
| 23. Mask and prep for paint - paper and tape (per LF) | 67.44 LF | 0.00 | 0.53 | 0.19 | 7.18 | 43.11 |
| Totals: Men's Bathroom | | | | 1.40 | 17.42 | 104.56 |

 **Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID: 20-0115882

| | | | |
|---|---|---|---|
| Total: Main Level | 89.61 | 642.44 | 7,272.41 |
| Line Item Totals: DAIRYQUEEN_DEMO | 89.61 | 642.44 | 7,272.41 |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 5,034.09 | SF Walls | 1,838.20 | SF Ceiling | 6,872.29 | SF Walls and Ceiling |
| 1,839.20 | SF Floor | 204.36 | SY Flooring | 442.12 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 456.12 | LF Ceil. Perimeter |
| 1,839.20 | Floor Area | 1,949.42 | Total Area | 6,399.51 | Interior Wall Area |
| 2,582.67 | Exterior Wall Area | 206.00 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID: 20-0115882

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 6,540.36 |
| Material Sales Tax | 89.61 |
| Subtotal | 6,629.97 |
| Overhead | 321.22 |
| Profit | 321.22 |
| **Replacement Cost Value** | **$7,272.41** |
| **Net Claim** | **$7,272.41** |

Kyle Schmidt



Main Level

Page 7

Main Level

9/21/2017

DAIRYQUEEN_DEMO



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID. 20-0115832

|  |  |  |  |
|---|---|---|---|
| Client: | Patel, Jay | Home: | (812) 292-4131 |
| Property: | 616 E. Main St |  |  |
|  | Warsaw, KY 41095 |  |  |

|  |  |  |  |
|---|---|---|---|
| Operator: | KS SERVP |  |  |

|  |  |  |  |
|---|---|---|---|
| Estimator. | Kyle Schmidt | Business | (812) 574-5744 |
| Company: | SERVPRO OF MADISON LAWRENCEBURG & VERSAILLES |  |  |

Type of Estimate: Water Damage
Date Entered: 7/7/2017         Date Assigned:

Price List: INNA8X_JUL17
Labor Efficiency: Restoration/Service/Remodel
Estimate: PATEL_JAY_DAIRYQUEEN
File Number: Claim#0001806255



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID. 20-0115882

### PATEL_JAY_DAIRYQUEEN
#### Main Level

**Main Level**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 1. Emergency service call – during business hours | 1.00 EA | 0.00 | 125.02 | 0.00 | 125.92 |
| 2. Equipment setup, take down, and monitoring (hourly charge) | 34.00 HR | 0.00 | 44.90 | 0.00 | 1,526.60 |
| 3. General Demolition - per hour | 8.00 HR | 40.20 | 0.00 | 0.00 | 321.60 |
| Two (2) techs for four (4) hours to detach electronics/appliances/equipment to access structure | | | | | |
| 4. Cleaning - Remediation Technician - per hour | 32.00 HR | 0.00 | 44.90 | 0.00 | 1,436.80 |
| Four (4) techs for eight (8) hours to clean after demo | | | | | |
| 5. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 405.00 | 0.00 | 0.00 | 405.00 |
| Total: Main Level | | | | 0.00 | 3,815.92 |



**Front Area**                                                                 Height: 10'

| 2,153.58 SF Walls | 1,095.66 SF Ceiling |
|---|---|
| 3,249.24 SF Walls & Ceiling | 1,096.66 SF Floor |
| 121.85 SY Flooring | 213.02 LF Floor Perimeter |
| 220.02 LF Ceil. Perimeter | |

| Missing Wall - Goes to Floor | 3' 6" X 6' 8" | Opens into KITCHEN |
|---|---|---|
| Missing Wall - Goes to Floor | 3' 6" X 6' 8" | Opens into KITCHEN |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 6. Tear out trim and bag for disposal | 418.00 LF | 1.07 | 0.00 | 6.14 | 453.40 |
| Baseboard/chair rail/casings | | | | | |
| 7. Tear out wet paneling, bag for disposal | 520.00 SF | 0.49 | 0.00 | 3.64 | 258.44 |
| Lower 4' walls | | | | | |
| 8. Cabinet - lower (base) unit - Detach | 14.00 LF | 0.00 | 14.70 | 0.00 | 205.80 |
| Drive-thru area and behind Counter | | | | | |
| 9. Tear out non-salvageable tile & bag for disposal | 200.00 SF | 2.80 | 0.00 | 3.22 | 563.22 |
| Drive-thru area and behind Counter (Wall Tiles) | | | | | |
| 10. Remove Suspended ceiling grid - 2' X 4' | 273.91 SF | 0.15 | 0.00 | 0.00 | 41.09 |



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID: 20-0115832

CONTINUED - Front Area

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 25% of ceiling | | | | | |
| 11.  Remove Wallpaper | 600.00 SF | 0.64 | 0.00 | 0.00 | 384.00 |
| West Walls | | | | | |
| 12.  Tear out wet drywall, cleanup, bag, per LF - up to 2' tall | 153.02 LF | 2.82 | 0.00 | 4.07 | 435.59 |
| Floor Perimeter minus West Walls | | | | | |
| 13.  Tear out wet drywall, cleanup, bag for disposal | 720.00 SF | 0.83 | 0.00 | 9.58 | 607.18 |
| West Walls and Bulkhead | | | | | |
| 14.  Remove Vapor barrier - visqueen - 6mil | 600.00 SF | 0.07 | 0.00 | 0.00 | 42.00 |
| West Walls | | | | | |
| 15.  Tear out and bag wet insulation | 906.00 SF | 0.62 | 0.00 | 4.44 | 556.16 |
| Behind removed drywall | | | | | |
| 16.  Apply plant-based anti-microbial agent to the floor | 1,096.66 SF | 0.00 | 0.22 | 3.07 | 244.34 |
| 17.  Dehumidifier (per 24 hour period) - XLarge - No monitoring | 40.00 EA | 0.00 | 114.72 | 0.00 | 4,588.80 |
| Four (4) XL dehus for ten (10) days  Used to stabilize structure before/during/after demo (Stopping charges at 10 days) | | | | | |
| 18.  Air mover (per 24 hour period) - No monitoring | 82.00 EA | 0.00 | 25.80 | 0.00 | 2,115.60 |
| Nine (9) scroll air movers for nine (9) days, then one (1) for one (1) day (Stopping charges at 10 days) | | | | | |
| 19.  Air mover axial fan (per 24 hour period) - No monitoring | 83.00 EA | 0.00 | 29.78 | 0.00 | 2,471.74 |
| Nine (9) axial air movers for nine (9) days, then two (2) for one (1) day (Stopping charges at 10 days) | | | | | |

| Totals: Front Area | | | | 34.16 | 12,977.36 |
|---|---|---|---|---|---|

| Kitchen | | | | | Height: 10' |
|---|---|---|---|---|---|
| | 1,449.27 SF Walls | | | 590.12 SF Ceiling | |
| | 2,039.38 SF Walls & Ceiling | | | 590.12 SF Floor | |
| | 65.57 SY Flooring | | | 142.59 LF Floor Perimeter | |
| | 149.59 LF Ceil  Perimeter | | | | |
| Missing Wall - Goes to Floor | 3' 6" X 6' 8" | | | Opens into FRONT_AREA | |
| Missing Wall - Goes to Floor | 3' 6" X 6' 8" | | | Opens into FRONT_AREA | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID. 20-0115832

CONTINUED - Kitchen

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 20.  Remove Cove base molding - rubber or vinyl, 4" high | 142.59 LF | 0.24 | 0.00 | 0.00 | 34.22 |
| 21.  Cabinet - lower (base) unit - Detach | 8.00 LF | 0.00 | 14.70 | 0.00 | 117.60 |
| Near Office | | | | | |
| 22.  Remove Sink - trough style - Commercial | 1.00 EA | 54.82 | 0.00 | 0.00 | 54.82 |
| 23.  Remove Suspended ceiling grid - 2' x 4' | 147.53 SF | 0.15 | 0.00 | 0.00 | 22.13 |
| 25% of ceiling | | | | | |
| 24.  Tear out wet paneling, bag for disposal | 604.00 SF | 0.49 | 0.00 | 4.23 | 300.19 |
| 100% of West Wall and Back Wall  2' high on remaining walls | | | | | |
| 25.  Tear out wet drywall, cleanup, bag, per LF - up to 2' tall | 74.00 LF | 2.82 | 0.00 | 1.97 | 210.65 |
| Floor Perimeter minus West Wall and Back Wall | | | | | |
| 26.  Tear out wet drywall, cleanup, bag for disposal | 530.00 SF | 0.83 | 0.00 | 7.05 | 446.95 |
| West Wall and Back Wall | | | | | |
| 27.  Remove Vapor barrier - visqueen - 6mil | 541.00 SF | 0.07 | 0.00 | 0.00 | 37.87 |
| Behind drywall on exterior walls | | | | | |
| 28.  Tear out and bag wet insulation | 541.00 SF | 0.62 | 0.00 | 2.65 | 338.97 |
| Behind removed drywall | | | | | |
| 29.  Apply plant-based anti-microbial agent to the floor | 590.12 SF | 0.00 | 0.22 | 1.65 | 131.48 |
| 30.  Dehumidifier (per 24 hour period) - XLarge - No monitoring | 10.00 EA | 0.00 | 114.72 | 0.00 | 1,147.20 |
| Five (1) XL dehu for ten (10) days  Used to stabilize structure before/during/after demo (Stopping charges at 10 days) | | | | | |
| 31.  Dehumidifier (per 24 hour period) - Large - No monitoring | 10.00 EA | 0.00 | 73.48 | 0.00 | 734.80 |
| One (1) L dehu for ten (10) days  Used to stabilize structure before/during/after demo (Stopping charges at 10 days) | | | | | |
| 32.  Air mover (per 24 hour period) - No monitoring | 46.00 EA | 0.00 | 25.80 | 0.00 | 1,186.80 |
| Five (5) scroll air movers for nine (9) days, then one (1) for one (1) day (Stopping charges at 10 days) | | | | | |
| 33.  Air mover axial fan (per 24 hour period) - No monitoring | 82.00 EA | 0.00 | 29.78 | 0.00 | 2,441.96 |
| Nine (9) axial air movers for nine (9) days, then one (1) for one (1) day (Stopping charges at 10 days) | | | | | |
| Totals:  Kitchen | | | | 17.55 | 7,294.74 |



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID. 20-0115832



**Office** — Height: 8'

| | |
|---|---|
| 205 33 SF Walls | 39.40 SF Ceiling |
| 244 73 SF Walls & Ceiling | 39.40 SF Floor |
| 4 38 SY Flooring | 25 67 LF Floor Perimeter |
| 25.67 LF Ceil Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 34  Remove Cove base molding - rubber or vinyl, 4" high | 25 67 LF | 0 24 | 0.00 | 0.00 | 6.16 |
| 35.  Tear out wet drywall, cleanup, bag, per LF - up to 2' tall | 25.67 LF | 2.82 | 0.00 | 0.68 | 73.97 |
| 36.  Remove Vapor barrier - visqueen - 6mil | 16.00 SF | 0 07 | 0.00 | 0.00 | 1.12 |
| Behind drywall on exterior walls | | | | | |
| 37  Tear out and bag wet insulation | 16.00 SF | 0 62 | 0.00 | 0.08 | 10.00 |
| Behind removed drywall | | | | | |
| 38.  Apply plant-based anti-microbial agent to the floor | 39.40 SF | 0.00 | 0.22 | 0.11 | 8.78 |
| 39.  Air mover (per 24 hour period) - No monitoring | 9.00 EA | 0.00 | 25.80 | 0.00 | 232.20 |
| One (1) scroll air mover for nine (9) days  (Stopping charges at 10 days) | | | | | |
| 40.  Air mover axial fan (per 24 hour period) - No monitoring | 9.00 EA | 0.00 | 29.78 | 0.00 | 268.02 |
| One (1) axial air mover for nine (9) days  (Stopping charges at 10 days) | | | | | |

| Totals: Office | 0.87 | 599.35 |
|---|---|---|



**Men's Bathroom** — Height: 8'

| | |
|---|---|
| 266 67 SF Walls | 67 44 SF Ceiling |
| 334 10 SF Walls & Ceiling | 67.44 SF Floor |
| 7.49 SY Flooring | 33.33 LF Floor Perimeter |
| 33 33 LF Ceil Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 41.  Remove Cove base molding - rubber or vinyl, 4" high | 33.33 LF | 0 24 | 0.00 | 0.00 | 8.00 |
| 42  Tear out wet paneling, bag for disposal | 266 67 SF | 0 49 | 0 00 | 1 87 | 132 54 |



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID: 20-0115832

### CONTINUED - Men's Bathroom

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 43   Tear out wet drywall, cleanup, bag, per LF - up to 2' tall | 33.33 LF | 2.82 | 0.00 | 0.89 | 94.88 |
| 44   Remove Vapor barrier - visqueen - 6mil | 14.00 SF | 0.07 | 0.00 | 0.00 | 0.98 |
| Behind drywall on exterior walls | | | | | |
| 45   Tear out and bag wet insulation | 14.00 SF | 0.62 | 0.00 | 0.07 | 8.75 |
| Behind removed drywall | | | | | |
| 46   Apply plant-based anti-microbial agent to the floor | 67.44 SF | 0.00 | 0.22 | 0.19 | 15.03 |
| 47.  Air mover (per 24 hour period) - No monitoring | 27.00 EA | 0.00 | 25.80 | 0.00 | 696.60 |
| Three (3) scroll air movers for nine (9) days  (Stopping charges at 10 days) | | | | | |
| Totals:  Men's Bathroom | | | | 3.03 | 956.78 |



### Women's Bathroom                                                    Height: 8'

| | |
|---|---|
| 220.00 SF Walls | 45.60 SF Ceiling |
| 265.60 SF Walls & Ceiling | 45.60 SF Floor |
| 5.07 SY Flooring | 27.50 LF Floor Perimeter |
| 27.50 LF Ceil  Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | TOTAL |
|---|---|---|---|---|---|
| 48.  Remove Cove base molding - rubber or vinyl, 4" high | 27.50 LF | 0.24 | 0.00 | 0.00 | 6.60 |
| 49.  Apply plant-based anti-microbial agent to the floor | 45.60 SF | 0.00 | 0.22 | 0.13 | 10.16 |
| 50.  Air mover (per 24 hour period) - No monitoring | 18.00 EA | 0.00 | 25.80 | 0.00 | 464.40 |
| Two (2) scroll air movers for nine (9) days  (Stopping charges at 10 days) | | | | | |
| 51   Air mover axial fan (per 24 hour period) - No monitoring | 9.00 EA | 0.00 | 29.78 | 0.00 | 268.02 |
| One (1) axial air mover for nine (9) days  (Stopping charges at 10 days) | | | | | |
| Totals   Women's Bathroom | | | | 0.13 | 749.18 |
| Total: Main Level | | | | 55.73 | 26,302.43 |
| Line Item Totals: PATEL_JAY_DAIRYQUEEN | | | | 55.73 | 26,302.43 |



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID. 20-0115832

## Grand Total Areas:

| | | |
|---|---|---|
| 4,294.85  SF Walls | 1,838.20  SF Ceiling | 6,133.05  SF Walls and Ceiling |
| 1,839.20  SF Floor | 204.36  SY Flooring | 442.12  LF Floor Perimeter |
| 0.00  SF Long Wall | 0.00  SF Short Wall | 456.12  LF Ceil Perimeter |
| 1,839.20  Floor Area | 1,949.42  Total Area | 5,432.70  Interior Wall Area |
| 2,218.33  Exterior Wall Area | 206.00  Exterior Perimeter of Walls | |
| 0.00  Surface Area | 0.00  Number of Squares | 0.00  Total Perimeter Length |
| 0.00  Total Ridge Length | 0.00  Total Hip Length | |

PATEL_JAY_DAIRYQUEEN



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID. 20-0115832

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 26,246.70 |
| Material Sales Tax | 55.73 |
| | |
| Replacement Cost Value | $26,302.43 |
| Net Claim | $26,302.43 |

Kyle Schmidt



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



| 1 | 2-Front of Structure | Date Taken  7/7/2017 |



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



2        1-Cause of Loss                    Date Taken  7/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID: 20-0115882



3      9-Front Area Pre 2                Date Taken  7/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



4      10-Front Area Pre 3              Date Taken  7/7/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID: 20-0115832



5      11-Front Area Pre                    Date Taken  7/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID. 20-0115832



6      13-Kitchen Pre 2                    Date Taken  7/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID 20-0115832



7      15-Kitchen Pic1                    Date Taken  7/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



8      17-Office Area Pre                          Date Taken  7/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



9        18-Womens Bathroom Pre              Date Taken  7/7/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID 20-0115832



10      19-Bathroom Hall Pre              Date Taken  7/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



11      20-Kitchen Pre 2                    Date Taken  7/7/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID. 20-0115832



12      21-Kitchen Pre 4                    Date Taken  7/7/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



13      22-Kitchen Pre1                    Date Taken  7/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID 20-0115832



14    24-Front Area Equipment 6    Date Taken 7/10/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



15        25-Front Area Equipment 2          Date Taken  7/10/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



16     26-Front Area Equipment 3        Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



17      27-Front Area Equipment 4          Date Taken  7/10/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



18      28-Front Area Equipment 5        Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



19      29-Front Area Equipment 7          Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



20      30-Front Area Equipment 8         Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



21      31-Front Area Equipment 9          Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



22        32-Front Area Equipment 10        Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID 20-0115832



23   33-Front Area Pre 2                  Date Taken 7/7/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



24        34-Front Area Pre 3            Date Taken  7/7/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



25      35-Front Area Pre              Date Taken  7/7/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



26      36-Front Arean Equipment 1        Date Taken  7/10/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115882



28      38-Kitchen Equipment 1          Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



27      37-Front of Structure                Date Taken  7/7/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



29      39-Kitchen Equipment 2              Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



30      40-Kitchen Equipment 3          Date Taken  7/10/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



31      41-Kitchen Equipment 5          Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115882



32      42-Kitchen Equipment 6          Date Taken  7/10/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID 20-0115832



33      43-Kitchen Equipment 7          Date Taken 7/10/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



34      44-Kitchen Equipment 8          Date Taken  7/10/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



35    45-Kitchen Equipment 9         Date Taken  7/10/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



36      46-Kitchen Equipment 10          Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115882



37       47-Kitchen Equipment 11          Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



38      48-Kitchen Equipment 12          Date Taken  7/10 2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



39        49 Kitchen Equipment 13            Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



40      50-Men's Bathroom Equipment 2      Date Taken: 7/10/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



41     51-Men's Bathroom Equipment     Date Taken  7/10/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID 20-0115832



42      52-Men's Bathroom Pre 2           Date Taken 7/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



43      53-Men's Bathroom Pre                Date Taken  7/7/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



44    56-Women's Bathroom Equipment    Date Taken  7/10/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID 20-0115832



45      57-Women's Bathroom Equipment    Date Taken  7 10 2017
        2



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



46      58-Office Pre                        Date Taken  7/19/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



47      59-Office Area Equipment          Date Taken  7/10/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



48      60-Debris                    Date Taken  8/30/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID 20-0115832



49      61-Demo 1                          Date Taken  8/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



50       62-Demo 2                              Date Taken  3/7/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



51        63-Demo 3                    Date Taken  8/7/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID 20-0115832



52      64-Demo 4                    Date Taken 8/7/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



53      65-Demo 6                          Date Taken  8/7/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



54      66-Demo 7                    Date Taken  8/7/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID 20-0115832



55      67-Demo 8                Date Taken  8/8/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



56      68-Demo 9                           Date Taken  8/8/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115882



57      69-Demo 10                    Date Taken  8/9/2017



**Servpro of Madison, Lawrenceburg & Versailles**

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115832



58     70-Demo 11                    Date Taken  8/9 2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



59      71-Demo 12                    Date Taken  8/9/2017



## Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



60      74-Demo 15                    Date Taken  8/23/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office - 812-574-5745, fax
Tax ID  20-0115832



61      75-Demo 16                    Date Taken  8/23/2017



### Servpro of Madison, Lawrenceburg & Versailles

Po Box 154
Madison, IN 47250
812-574-5744, office – 812-574-5745, fax
Tax ID  20-0115882



62     77-Demo 18                    Date Taken: 8/24/2017

Main Level

N

Main Level

Page 2

11/16/2017

Front Area

Women's Bathroom

Men's Bathroom

Office

Kitchen

Claim: 0001806255

# Financials (Case Inc Loss and Pd ALAE: $348,080.07): Payments

Pol: BOP - 6013669 | Claim #: 0001806255 | Policy St: Renewed | Ins: MNAPNA, INC. | DoL: - 07/05/2017 | Adj: Jeremy Minton (Property 2 Field A) | Sup: Luc Rogiers

| Scheduled Send Date | Issue Date | Period Start Date | Period End Date | Amount | Feature | Coverage | Cost Type | Cost Category | Primary Status | Pmt Type | Check Number | Pay To |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2017 | | | | $30,817.54 | 2 | Building | Claim Cost | General | Rejected | Partial | | MNAPNA, INC. |
| 10/03/2017 | | | | $11,424.37 | 1 | Business Personal Property - Spoilage | Claim Cost | General | Rejected | Partial | | MNAPNA, INC. |
| 10/04/2017 | 10/04/2017 | | | $30,817.54 | 2 | Building | Claim Cost | General | Submitted | Partial | 0300441882 | MNAPNA, INC. |
| 10/04/2017 | 10/04/2017 | | | $11,924.37 | 1 | Business Personal Property - Spoilage | Claim Cost | General | Submitted | Final | 0300441882 | MNAPNA, INC. |
| 12/21/2017 | 12/21/2017 | | | $33,604.62 | 2 | Building | Claim Cost | General | Submitted | Partial | 0300480308 | MNAPNA, INC. |
| 12/21/2017 | 12/21/2017 | | | $211,270.00 | 3 | Building | Claim Cost | General | Submitted | Partial | 0300480308 | MNAPNA, INC. |
| 05/22/2018 | 05/22/2018 | | | $1,853.06 | 2 | Building | Claim Cost | General | Submitted | Final | 0300551357 | MNAPNA, INC. |
| 07/11/2018 | 07/11/2018 | | | $41,324.51 | 2 | Building | Claim Cost | General | Submitted | Supplement | 0300574104 | MNAPNA, INC. |

EXHIBIT B

B6E83F9C-0930-4903-A1C3-71AE32973A6E : 000001 of 000003

COMMONWEALTH OF KENTUCKY
GALLATIN CIRCUIT COURT
DIVISION 3
CASE NO. 19-CI-00054

*ELECTRONICALLY FILED*

WESTFIELD GROUP INSURANCE                                    PLAINTIFF

vs.

GENERAL CARPENTER                                          DEFENDANTS
CONTRACTING, LLC.

## **DEFENDANT'S ANSWER TO COMPLAINT**

Comes now Defendant, General Carpenter Contracting, LLC, by and through their undersigned counsel, and for its answer to the Complaint states as follows:

1.      The Defendant admits the allegations set forth in paragraphs 1 and 2 of the Complaint.

2.      The Defendant denies the allegations set forth in paragraph 3 of the Complaint for want of information sufficient to form a belief as to their truth.

3.      The Defendant admits the allegations set forth in paragraph 4 of the Complaint.

4.      The Defendant denies the allegations set forth in paragraphs 5 through 7 of the Complaint.

## **AFFIRMATIVE DEFENSES**

5.      The Complaint fails to state a claim upon which relief can be granted.

6.      The Complaint fails to comply with Civil Rule 10.

7.      Plaintiff's insured was contributorily negligent and/or assumed the risk of injury and damage.

8.      Plaintiff and Plaintiff's insured failed to mitigate their damages.

9.      Indispensable and/or necessary parties have not been joined to this action.

10.     The relief requested is contrary to law.

11.     Plaintiff's claims are barred by the statute of limitations.

12.     The loss and damage claimed by Plaintiff was caused by an unforeseeable Act of God.

WHEREFORE, the Defendant prays the Complaint be dismissed with costs to be borne by Plaintiff.

Respectfully submitted,

/s/Thomas F. Glassman
Hon. Thomas F. Glassman (85678)
Hon. Patricia J. Trombetta (93008)
Bonezzi Switzer Polito & Hupp Co., LPA
312 Walnut Street, Suite 2530
Cincinnati, Ohio 45202
Phone (513) 345-5500
Fax     (513) 345-5510
Email  tglassman@bsphlaw.com
          ptrombetta@bsphlaw.com
*Attorneys for Defendant General Carpenter Contracting, LLC.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing has been served via the court's electronic filing system and

via email this 15th day of May 2019 upon:

James T. Hart, Esq.
Jason A. Mosbaugh, Esq.
Weltman, Weinberg & Reis Co., LPA
525 Vine Street, Suite 800
Cincinnati, Ohio 45202
jhart@weltman.com
jmosbaugh@weltman.com
*ATTORNEYS FOR PLAINTIFF*


/s/Thomas F. Glassman
Hon. Thomas F. Glassman